UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

v.

TIMOTHY A. PEW

**FILED**
JAMES J. VILT, JR. - CLERK
MAY 14 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

INDICTMENT

NO. 5:24CR17-BJB

18 U.S.C. § 981
18 U.S.C. § 982
18 U.S.C. § 1343
28 U.S.C. § 2461

The Grand Jury charges:

### COUNTS 1-7
*(Wire Fraud)*

1. From in or about March 2022, and continuing through in or about January 2023, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, the defendant, **TIMOTHY A. PEW**, devised a scheme and artifice to defraud Victim Company A, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing said scheme, caused signs, signals, and sounds to be transmitted in interstate commerce.

2. It was part of the scheme that **TIMOTHY A. PEW**, while employed as Finishing Manager at Victim Company A, used his position and access to company funds, held in the custody of a company account at Chase Bank, to schedule electronic transfers to a personal PayPal account without Victim Company A's knowledge or authorization.

3. On or about the dates set forth below, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, the defendant, **TIMOTHY A. PEW**, for the purposes of executing the scheme to defraud, and attempting to do so, caused to be transmitted by means of wire communications in interstate commerce the signals and sound described below for each count:

| COUNT | DATE | TRANSACTION |
|---|---|---|
| 1 | April 5, 2022 | Unauthorized payment from Victim Company A's account at Chase Bank in the amount of $3,190.20 to **PEW'S** Paypal Account which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |
| 2 | April 29, 2022 | Unauthorized payment from Victim Company A's account at Chase Bank in the amount of $10,779.08 to **PEW'S** Paypal Account which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |
| 3 | July 27, 2022 | Unauthorized payment from Victim Company A's account at Chase Bank in the amount of $5,845.02 to **PEW'S** Paypal Account which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |
| 4 | October 21, 2022 | Unauthorized payment from Victim Company A's account at Chase Bank in the amount of $7,056.15 to **PEW'S** Paypal Account which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |
| 5 | October 27, 2022 | Unauthorized payment from Victim Company A's account at Chase Bank in the amount of $8,979.36 to **PEW'S** Paypal Account which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |
| 6 | November 10, 2022 | Unauthorized payment from Victim Company A's account at Chase Bank in the amount of $9,006.14 to **PEW'S** Paypal Account which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |
| 7 | December 29, 2022 | Unauthorized payment from Victim Company A's account at Chase Bank in the amount of $7,174.49 to **PEW'S** Paypal Account which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |

4. By means of such fraud, **TIMOTHY A. PEW** obtained funds and services to which he knew he was not entitled totaling over $200,000.

In violation of Title 18, United States Code, Section 1343.

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 1343 as alleged in Counts 1-7 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **TIMOTHY A. PEW**, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(B) and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of the violations alleged in Counts 1-7 of this Indictment.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:RDM

3

UNITED STATES OF AMERICA v. TIMOTHY A. PEW

## PENALTIES

Counts 1-7: NM 20 yrs./NM $250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS
18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:    Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:    Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.